Kenneth Wayne Lewis
8 Lombardy Street
Suite 117
Newark, New Jersey 07102

Verified Pleading

This - is a civil Pleading - a civil case now - being filed in the

United States District Court
50 Walnut Street
Room 4015
Newark, New Jersey 07102

this - civil filing - the Verified Pleading

is - issued under section 552a of

the Privacy Act

Hans Erik Vestberg - has 10 days - under section 552a(d)(2)(A)(B)(i)(ii) - of the Privacy Act - to - dispute - in this legal Argument

Hans Erik Vestberg - has committed

Professional Negligence and Professional Malpractice

failed to afford Kenneth Wayne Lewis - the standard level of care - in section 552a(d)(2)(A)(B)(i)(ii) - 552a - achieves - this civil Action   January 5, 2023   Kenneth Wayne Lewis

Kenneth Wayne Lewis
8 Lombardy Street
Suite 117
Newark, New Jersey 07102

a- Verified Pleading - Issued by Kenneth Wayne Lewis to

Committed: Negligence Per se
Professional Negligence
Professional Malpractice

(1) Hans Erik Vestberg - Personally
at 1 Verizon Way
Basking Ridge, New Jersey 07920
908-559-2001

(a) At issue - a Verified Pleading - is - a Sworn Statement by Kenneth Wayne Lewis - to true material facts'

(b) At issue - Hans Erik Vestberg - is in violation of a federal Statute - whereby
  (i) I I Kenneth Wayne Lewis - depose that -
    (2) Hans Erik Vestberg - is in violation of a federal Statute - which is an infringement on - Federal Law. whereby
    (3) This - violation and the infringement on - federal Law - falls - strictly on the requirements of the Privacy Act - Section 552a(d)(2)(A)(B)(i)(ii) whereby
  (ii) Hans Erik Vestberg - was legally - Notified that under - section 552a(d)(2)(A)(B)(i)(ii) - he had to provide - Kenneth Wayne Lewis's - cell phone records especially - cell phone number: 706-814-4716 Further

The Civil Process - Commences as follows

Kenneth Wayne Lewis
  Movant / Plaintiff
    v
Defendant 1 - Hans Erik Vestberg - Personally
  Defendant / NonMovant
    Legal Argument - under Privacy Act
as follows:

1'

(c) At issue - Section 552 a(d)(2)(A)(B)(i)(ii) - that mandates - that
(iii) Upon - written request - from Kenneth Wayne Lewis - Hans Erik Vestberg - had to - Respond within Ten(10) days - of the receipt - of the
(4) Certified Mail Receipt date - the day - Hans Erik Vestberg - received the Pleading - requesting - copies of Kenneth Wayne Lewis's cell phone records therefore   (5) the Material Facts - Before Hans Erik Vestberg
(iv) On February 9, 2022 - an "Attestation - and Deposition - was issued to Patricia Croal - under
(6) Section(s) - 552 a(e)(5) - Section 552 a(g)(1)(C) - and Section 552 a(d)(2)(A)(B)(i)(ii)
(v) See Exhibit "CP-1" - Further
(d) At issue - Patricia Croal - failed to dispute - Exhibit "CP-1" Further (vi) On February 20, 22 - under - Commercial Law - a "Legal" Notification - under - Certified Mail Receipt Number 7021 0350 0001 3795 - Hans Erik Vestberg, et al - were Personally - Notified - Verizon wireless - had failed to provide - cell phone - records - and - Patricia Croal - had failed to dispute (vii) "CP-1" - Exhibit - Further
(7) monetary damages - Tort were established - and these (8) are the monetary damages
(viii) both - Verizon wireless and Cellco Partnership under - Tort Law - owed Kenneth Wayne Lewis - $600 billion in Euros/Pounds - and Patricia Croal - owed $300 million in Euros/Pounds.  and  (9) Hans Erik Vestberg - failed to issue - a genuine material fact of dispute - as to both

(ix) Verizon wireless and Cellco Partnership - had violated - Section 552 a(d)(2)(A)(B)(i)(ii) of the Privacy Act whereby  (x) Each entity and Patricia Croal - failed to issue Kenneth Wayne Lewis's - cell records - and failed to dispute respectively - $300 million in Euros/Pounds - per entity therefore

2°

under - Section - 5 USC §552a - of the Privacy Act allows - Kenneth Wayne Lewis - to proceed in Federal Court - to gain access to all his - cell - records and the - legal - instrument - issued to Verizon Wireless for - the - Release - of Kenneth Wayne Lewis's - cell phone records - therefore

(e) At issue - document 182 - issued 4/8/2016 - Appeal No.: 14-2442 14-2597 - a confession - that - no evidence - existed for Counts (5-15) - Further

(f) At issue - Hans Erik Vestberg - was - aware that Counts - (1-4) - especially Counts (3-4) - would have establish - Fraud - because

(x) the cell phone - records - would - prove that Counts (3-4) - under the Privacy Act - Section 552(e)(1) had no - relevancy - and were based - upon Fraud - there was - no - warrant issued for - the cell phone records. (xi) therefore - the release of Kenneth Wayne Lewis was an "Invasion of Privacy" - a civil wrong - a legal wrong - (xii) therefore - under Tort Law - monetary damages - are due - $300 million in Euros / Pounds - Hans Erik Vestberg - See Exhibit "CP-3" - See Exhibit "CP-2" See - Exhibit "CP-4" - whereby Exhibit "CP-5" - leads the legal path - Rules 55(a) - 552a(g) - 552(g)(4) - monetary damages (xiii) of - $900 Billion in Euros - Verizon, Verizon Communication, Inc - Cellco Partnership - $300 Billion each - and (xiv) Hans Erik Vestberg - $300 million in Euros / Pounds - (xv) all payable - in traveler's cheques - therefore

"Relief"

Hans Erik Vestberg - must upon - Summons - issue - physical "Proof" - he disputed - genuinely and materially - Exhibits "CP-1 - CP-5" and he himself - was the respondent - under Sworn testimony that - he disputed - the $900 Billion in Euros / Pounds - Verizon, Verizon Communication, Inc and Cellco Partnership - then - He disputed his - Commercial path of $300 million in Euros / Pounds - all payable a traveler's cheques - Ten (10) time "Frame" - failure - monetary damages as - above -

January 5, 2023

3.

Cellco Partnership
dba - Verizon Wireless
180 Washington Valley Road
Bedminster, New Jersey 07921

(a) An Attestion - Deposition - before and to
(i) Patricia Croal - on a personal - level and basis - under the
(b) requirements - of the Privacy Act - sections
    (1) 552a(e)(5)                                   Exhibit "CP-1"
    (2) 552a(g)(1)(c)   and
    (3) 552a(d)(2)(A)(B)(i)(ii) - a 10 day legally and mandated - response
(ii) Patricia Croal - you - are - a Name - we can finally - attach to both
of these (c) Entities - Cellco Partnership and Verizon Wireless - whereby
(iii) At issue - Patricia Croal - the legal rights of K.W. Lewis - whereby
    (4) Verizon Wireless - initially - violated - K.W. Lewis - right to
privacy - 4th Amendment - releasing - cell phone - records to an government
agent - James Peacock - whom had no legal - authority to request - cell phone
records (d) To make - matters - worse - Verizon Wireless - under my Subpoena
refused to provide - the 4 essential - cell phone - records - then
    (5) Legal department - for Cellco Partnership - refused to dispute
these - Factual Assertions - and
    (6) under - Service of Process - certified Mail - Receipt - Cellco
Partnership - had refusal to dispute both - the $300 billion - in Euros/Pounds - and
For Verizon Wireless and $300 billion - in Euros/Pounds - for Cellco Partnership
(iv) Patricia Croal - people in specific - Positions - tend to believe two (2) Facts
First - (e) they are above - the Law - even when evidence - confirms "violation(s)"
Second - (f) they believe - the legal violations - are not viable - because I was
in Prison - so - they were complicit - with the U.S. Attorneys - office(s) and
Third - (g) They believe their own - BS - that they are too - "big to be stopped"
(v) Patricia Croal - I do not know you - do not - care to know - you - but
(h) Your Problems - as follows - as to both - entities - "above" - as both
were complicit   (7) in the cover up and concealment of
    (8) a Kidnapping - an abduction, an attempted murder, and Mail Fraud
and New - violation of three(3) states - Long-arm Statutes - as chain
Conspirators   (9) Is this - your Position - Patricia Croal - Let me - put it
this way   (10) Quoting - "Strang" - my phone - records - are "inaccurate" - and
these - cell phone - records - were - counts (3-4) - Verizon Wireless - had only to
provide me   (11) my - cell phone - records - therefore - my records - are "inaccurate"
(vi) Patricia Croal - Strang asserts a claim for monetary damages under the Privacy
Act - Sections - (g)(1)(c) and (g)(4) - are and were in full effect - because - at this
moment - counts (3-4) - are in Play - but - I would do my - "homework" on this - case
also   (i) Contact - U.S. Attorney James A. Lewis - 318 S. 6th St. Springfield, IL 62701 -
1806 - Phone - 217-492-4400 - have him - dispute all of this - with evidence - physical
then   (j) Contact - Joyce M. Mallet - U.S. Attys. office - 973-645-2700 - tell her to
she - as trial counsel - disputed - all of my - Depositions - to her -
(vii) Patricia Croal - you - have - been - Legally - Notified - Personally - you - must - engage -
legally - and honestly - monetary - damages - are - due - but Prison time - for all complicit
in this - concealment - Feb. 9, 2022         (10 days)         [signature]

```
TRANSMISSION VERIFICATION REPORT

                                      TIME   : 03/14/2022 11:51AM
                                      NAME   : NEWARK RX PHARMACY
                                      FAX    : 9735003666
                                      TEL    : 9735003660
                                      SER.#  : U64988F0N531793
```

Exhibit "CP-2"

```
DATE, TIME            03/14  11:47AM
FAX NO./NAME          12176785321
DURATION              00:03:56
PAGE(S)               05
RESULT                OK
MODE                  STANDARD
```

"Cover Sheet"
Establishing a "Conspiracy"

(a) At issue - aiding and abetting - the violators of the
   (1) State of New Jersey's - Long-arm statute - when
       (1) the defendants/NonMovants - aided - this violation by failing - to provide - essential evidence - to confirm - the Non Residents(s) - had violated - laws and statutes - in New Jersey -
       (2) The defendants/NonMovants - abetted - this violation by themselves - assisting - the Non Residents - to cover up and conceal the Stealthy Encroachment of New Jersey's - Long-arm statute
(b) At issue - each and every - defendant/NonMovant - herein Named on this Cover Sheet - was Complicit - in a cover-up - to conceal - their direct Participation - in both the civil and legal - wrongs of the Non Resident - (3) Mens Rea - Intent - each defendant - had knowledge of the wrongdoing (4) Actus Reas - by their respective - Conduct - Breach of duty - failure to perform their - respective - duties - they became - active - Constituent(s) - to the Stealthy Encroachment of the Long-arm Statute - in New Jersey - "Accomplice Liability"
          The defendants - NonMovants

(b) Hans Erik Vestberg - Personally - Verizon wireless - $300 billion in Euros/Pounds - Cellco Partnership - $300 billion in Euros/Pounds - Verizon Communication, Inc - $300 billion in Euros/Pounds - all in traveler's cheques
(c) Van A. Dukeman - Personally - First Busey Corporation - $25 billion in Euros/Pounds - with Compensatory loss - $25 billion in Euros/Pound



Exhibit "CP-3"

Cellco Partnership
dba - Verizon Wireless
180 Washington Road
Bedminster, New Jersey 07921

a - Legal Notification - via Certified Mail - Receipt
- Response - has to be in 10 days of 2/19/22

(a) Attention: Patricia A. Croal - a Notice and Demand

(b) At issue - two (2) Commercial Liens - as follows
   (i) First - $300 billion - in Euros/Pounds - payable in traveler's checks - Cellco Partnership
   (ii) Second - $300 billion - in Euros/Pounds - payable in traveler's cheques - whereby

(c) At issue - Kenneth Wayne Lewis - issued - directly to both
   (1) Cellco Partnership and
   (2) Verizon Wireless - a Notice and Demand - and then - a Default Judgment
   (iii) Patricia Croal's - the failure of both - Cellco Partnership and Verizon Wireless, to - dispute - genuinely and materially the above - referenced - Liable - Sums - of $300 billion - in
   (3) Euros/Pounds - payable - in traveler's - cheques

(d) At issue
   (iv) Patricia Croal's - background
      (4) First - Verizon Wireless - provided to the U.S. Attorneys - in Springfield, IL and Peoria, IL - through
      (5) Special IRS - agent - James Peacock - and
      (6) Postal Inspector - Sheri Rowe

(e) At issue
   (v) Case Number - 1:12-cr-10062
      (7) Patricia Croal - why - you - should be Legally Concerned - as follows

(f) At issue
   (vi) Patricia Croal - the Privacy Act - Section 552a(d)(5)
(A)(B)(i)(ii) - why legally - this - is imprisonment - as you - Patricia Croal

(g) At issue - Patricia Croal - section 552a(d)(7)(A)(B)(i)(ii) -
   (vii) explicitly - mandates - the following
      (8) Patricia Croal's - as long - as you - Patricia Croal can easily
      (9) verify and easily prove - the legal veracity - of
   (viii) Notice and Demand - for Payment - of $600 billion as to both
      (10) Cellco Partnership / dba - Verizon Wireless immediately - if
      (11) the facts - were legally - disputed - in writing Serve of Process - Certified Mail - Receipt - and filed in Court(s)
therefore
(g) At issue - Patricia Croal - Section 552a(e)(5) of the Privacy Act mandates -

[on the back]

"a"

Cellco Partnership                Exhibit "CP-5"
1 Verizon Way
Basking Ridge, New Jersey 07920-1025

(a) At issue -
  (i) under Commercial Law - a Legal Notification
  (1) issued under - Certified Mail Receipt - 7021 0350 0001 3795 1187 - as follows - addressed to the following - Board members
  (ii) Hans Erick Vestberg - personally
  (iii) Andrew Davies - personally
  (iv) Shankar Arumugavelu - personally
  (v) Marni Walden - personally - whereby

(b) At issue - each shall be liable for aiding and abetting - Verizon Wireless - and Cellco Partnership - to aid and abet - the U.S. Attorneys office - in both Springfield and Peoria, Illinois - because
  (2) When James A. Lewis - issued document 182 - 4/18/2016 - called the Confession - under Caption - Notice - he confessed that the record was devoid of any evidence as to Counts (7-15) and Counts (5-6) were not tenable - in other - words - the alleged - charges - were false

(c) At issue - this - meant that - the Grand Jury and the Petite Juries were lied to - and (vi) had - Verizon - provided - Kenneth Wayne Lewis's cell phone - records - for the phone number 706-814 - Counts 1-4 - would have - been - discharged - under Fraud and Collusion - because

(d) At issue - Counts (3-4) - cell phone - conversation - Katz v United States
  (3) U.S. Attorney James A. Lewis - failed to provide - these items of "evidence" (vii) the - complaint / Affidavit - whom "filed" - No - warrant provided - to record the "calls" - Failed to provide - "Proof" - of chain of "Custody" - failed to disclose - phone "records" - they got from Verizon - then Verizon - failed to provide - phone - records to Kenneth Wayne Lewis -

(e) At issue - these - phone - records - would have - caused - Counts (1-4) to be discharged - (viii) and - Verizon - failed to provide - Norris Schlueter - cell records - "aiding - and abetting" - concealment - that - the phone - records
  (4) would - have shown - that - there - was - never a warrant - issued to - record - cell phone - "records" - Norris Schlueter - "recorded" - those - two (2) calls (5) Problems - for - Vestberg - Davies - Arumugavelu - Walden - Personally - to provide - "Proof" that - Patricia Croal - issued - a "genuine" a - genuine - "material" - dispute - as to Verizon - involvement - civil and legal - wrong - Collusion - Restitution of $600 billion - in Euros / Pounds - traveler's - cheques - and Patricia Croal - owes - $300 million - in Euros / Pounds
                                                  "Beauty"
  (6) this - case - involves - an attempted murder, mail Fraud - medical mal-practice - an unlawful - "detention" = false imprisonment -
  (7) All - 4 men - Personally - must provide - evidence - that both Cellco Partnership - and Verizon Wireless - are not guilty as "charged" Cellco Partnership - owes - $600 billion in Euros / Pounds - Kenneth Wayne Lewis 10 days - from - Feb. 20, 2022                                          "Lien Holder"
                                        1"